U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HUSSEIN A. ATTRISI | : | DOCKET NO. 2:07-cv-734 |
| VS. | : | JUDGE MINALDI |
| WARDEN, FDC-OAKDALE, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition be **DENIED AND DISMISSED without prejudice**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of Oct, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE